Vincent P. Hurley, #111215
Douglas F. Young, #84531
LAW OFFICES OF VINCENT P. HURLEY
A Professional Corporation
38 Seascape Village
Aptos, California 95003
Telephone:  (831) 661-4800
Facsimile:  (831) 661-4804

Attorneys for Plaintiff
DAMON KEEVE

Dennis J. Herrera, City Attorney #139669
Elizabeth S. Salveson, Chief Labor Attorney #83788
Stacey A. Lucas, Deputy City Attorney #154345
Fox Plaza
1390 Market Street, 5th Floor
San Francisco, CA 94102-5408
Telephone:  (415) 554-3949
Facsimile:  (415) 554-4248

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
And HEATHER FONG

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAMON KEEVE,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY & COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, AND HEATHER FONG,<br><br>　　　　　　　Defendants. | Case No. C 05-03023 SBA<br><br>**STIPULATION OF PARTIES TO CONTINUE HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT and [PROPOSED ORDER]** |

IT IS STIPULATED BY AND BETWEEN THE PARTIES AS FOLLOWS:

　　　1.　　Hearing on the motion for summary judgment by defendants, presently set for hearing on December 12, 2006, at 1:00 p.m. in the above-entitled court shall be continued until

1

1  December 19, 2006, at 1:00 p.m.  Plaintiff shall have until November 27, 2006 to file his

2  opposition to the motion; Defendants shall have until December 5, 2006 to file their reply.

3       2.     The continuance is at the request of Plaintiff's counsel in order that he may

4  review approximately 300 pages of documents served on him today, November 20, 2006, for

5  purposes of determining their relevance to the pending motion.

6       Defense counsel attempted to advise Plaintiff's counsel regarding these documents last

7  week but he was in trial for the entire week and was unable to respond.

8       3.     It is the position of Plaintiff only that it would be severely prejudicial to Plaintiff

9  to have to respond to the motion for summary judgment without the benefit of the analysis of the

10 documents and inclusion of or reference to relevant documents.

11      It is Defendants' position that the existence of these documents was well-known to

12 Plaintiff's counsel, the failure to produce them was an oversight, and Defendants did not rely on

13 these documents in the preparation of the pending motion for summary judgment.

14      4.     There have been no previous applications for enlargement of time by any party

15 for continuance of hearing on the motion for summary judgment.

16      5.     The settlement conference in the above-entitled matter is presently set for

17 December 18, 2006; pre-trial conference is set for January 2, 2007; trial is set for February 5,

18 2007.

19 IT IS SO STIPULATED.

20 Dated:  November 20, 2006

LAW OFFICES OF VINCENT P. HURLEY
A Professional Corporation

By:      /s/
     DOUGLAS F. YOUNG
Attorneys for Plaintiff DAMON KEEVE

Dated:;  November 20, 2006

By:      /s/
     STACEY A. LUCAS
Attorneys for Defendants CITY AND COUNTY
OF SAN FRANCISCO and HEATHER FONG

<u>ORDER</u>

Based on the stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT hearing on the motion for summary judgment by Defendants, presently set for hearing on December 12, 2006, at 1:00 p.m. in the above-entitled court shall be continued until December 19, 2006, at 1:00 p.m.  Plaintiff shall have until November 27, 2006 to file his opposition to the motion; Defendants shall have until December 5, 2006 to file their reply.  The scheduling order shall not otherwise be amended.

Dated:  11/27/06

*Saundra B. Armstrong*

The Honorable Saundra B. Armstrong
United States District Judge